UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY L. SMITH,

    Plaintiff,

v.    Case No. 4:06-CV-66

COMMISSIONER OF SOCIAL SECURITY,    HON. GORDON J. QUIST

    Defendant.
_____/

## **ORDER**

In accordance with the Opinion filed on this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued June 29, 2007 (docket no. 9), is **REJECTED**, and the decision of the Commissioner denying benefits to Plaintiff is **AFFIRMED**.

This case is **concluded**.


Dated: September 21, 2007                            /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE